KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

Federal Bar No. CW-2628

Attorneys for Defendants
Amersham Health Inc.,
Amersham Health AS, and
Amersham plc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRACCO DIAGNOSTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERSHAM HEALTH INC., <br> AMERSHAM HEALTH AS, and <br> AMERSHAM plc, <br><br> Defendants. <br> ———————————————— <br> AMERSHAM HEALTH INC., <br><br> Counterclaim plaintiff, <br><br> v. <br><br> BRACCO DIAGNOSTICS INC., <br><br> Counterclaim defendants. | Civil Action No. 03-6025 (FLW) <br> Return Date:  June 1, 2009 <br><br> **Notice of GEH's Motion to Strike New Arguments in Bracco's Reply Brief (D.I. 632) for Additional Corrective Advertising Damages** <br><br> *DOCUMENT ELECTRONICALLY FILED* |

TO:        Arnold B. Calmann, Esq.
            SAIBER LLC
            One Gateway Center, 13th Floor
            Newark, NJ  07102

            Donald L. Rhoads, Esq.
            KRAMER LEVIN NAFTALIS & FRANKEL LLP
            1177 Avenue of the Americas
            New York, NY 10036

COUNSEL:  PLEASE TAKE NOTICE that on Monday, June 1, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Amersham Health Inc., Amersham Health AS, and Amersham plc (collectively "GEH") shall move before The Honorable Freda L. Wolfson, United States District Judge, at the Clarkson S. Fisher Building and United States Courthouse, 402 East State Street, Trenton, New Jersey, to strike new arguments in Bracco's reply brief (D.I. 632) for additional corrective advertising damages.

       PLEASE TAKE FURTHER NOTICE that this motion is based on GEH's Memorandum in Support of Its Motion to Strike New Arguments in Bracco's Reply Brief (D.I. 632) for Additional Corrective Advertising Damages, and such other authorities, evidence, and arguments as may be presented at the hearing on this matter.

       PLEASE TAKE FURTHER NOTICE that a proposed form of "Order Granting GEH's Motion to Strike New Arguments in Bracco's Reply

Brief (D.I. 632) for Additional Corrective Advertising Damages" is submitted herewith.

                                                KENYON & KENYON LLP
                                                Attorneys for Defendants,
                                                Amersham Health Inc.,
                                                Amersham Health AS, and
                                                Amersham plc.

DATED: May 4, 2009                            /s Charles A. Weiss
                                                CHARLES A. WEISS